UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TABBATHA JOHNSON

VERSUS

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
NEW ORLEANS FIELD OFFICE

CIVIL ACTION

NO. 17-121-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated May 24, 2017 (doc. no. 4). The plaintiff has filed an objection to the report which lacks merit and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Complaint (R. Doc. 1) is DISMISSED with prejudice under as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii), because it is both legally frivolous and fails to state a claim.

Baton Rouge, Louisiana, this 15th day of June, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA